IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES WATSON,

    Plaintiff,                                   No. CIV-S-07-0754 MCE EFB PS

    vs.

JOHN E. POTTER, POSTMASTER        ORDER
GENERAL, UNITED STATES
POSTAL SERVICE,

    Defendant.
_____/

        On September 19, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 19, 2007, are ADOPTED; and

2. This action is dismissed without prejudice, and the Clerk is directed to close the case. See Fed. R. Civ. P. 41(b); Local Rule 11-110.

Dated: October 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE